No. 15-25-00005-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 4:14:39 PM
CHRISTOPHER A. PRINE
Clerk

# In The
# Fifteenth Court Of Appeals

◆

JOHNNY PARTAIN
*Appellant*

v.

STATE OF TEXAS
*Appellee*

◆

# EXHIBITS
## (Appellant's Emergency Motion To Dissolve The Injunction)

◆

JOHNNY R. PARTAIN
7020 N 16th Street
McAllen, Texas 78504
956-240-1821

No. 15-25-00005-CV

---

# In The
# Fifteenth Court Of Appeals

◆

JOHNNY PARTAIN
*Appellant*

v.

STATE OF TEXAS
*Appellee*

◆

## EXHIBITS
## (Appellant's Emergency Motion To Dissolve The Injunction)

◆

Exhibit 1 - Plaintiff State Of Texas's Motion For Contempt And Show Cause

Order

Exhibit 2 -  Defendant's Response To Texas' Motion For Contempt

Exhibit 3 - Order for Hearing

Exhibit 4 - Verification

EXHIBIT 1

5/27/2025 3:02 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-002560
Melissa Romero

**CAUSE NO. D-1-GN-24-002560**

| | | |
|---|---|---|
| **State of Texas** | § | **In the District Court** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Travis County, Texas** |
| | § | |
| **Johnny Ray Partain** | § | |
| *Defendant*. | § | **126th Judicial District** |

---

**PLAINTIFF STATE OF TEXAS'S MOTION FOR CONTEMPT AND SHOW CAUSE ORDER**

---

On December 19, 2024, the 353rd District Court of Travis County declared the Financing Statement ("Financing Statement") filed by Johnny Ray Partain ("Partain") which claims a security interest in all State property fraudulent, void, and unenforceable. The Court entered a permanent injunction ("the Permanent Injunction") against Partain and permanently enjoined him from enforcing or attempting to enforce the Financing Statement and from taking actions to interfere with State property. Despite the Permanent Injunction, Partain violated, and continues to violate, the Permanent Injunction by attempting to sell the State's land on Ebay and Facebook. The State now files this Motion for Contempt and Show Cause Order pursuant to Rule 692 of the Texas Rules of Civil Procedure and would show the Court as follows:

## I.    STATEMENT OF THE CASE

1. On October 6, 2023, Partain filed a Financing Statement with the Texas Secretary of State claiming he has a security interest in all State property. *Exhibit D* p. 2, attached hereto and incorporated by reference.

2. Between October 6, 2023 and December 19, 2024, Partain attempted to enforce the security interest listed in the Financing Statement by filing fraudulent transfer statements

and general warranty deeds purporting to convey State property from and to himself. Partain then sent "enforcement" letters to private companies with active leasehold agreements on State lands demanding payments to be made directly to him. Partain further indicated his intention take and destroy the lessors property should they fail to remit their payments directly to him.

3. April 4, 2024, the State filed its Original Petition alleging Partain violated Texas Business and Commerce Code § 9.5185 by filing a fraudulent Financing Statement claiming a security interest in all State property.

4. On November 4, 2024, the State filed its First Amended Petition and Request for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction. The State also requested the Court declare the Financing Statement fraudulent, void, and unenforceable and order its release.

5. On December 19, 2024, the 353rd Travis County District Court declared the Financing Statement fraudulent, void and unenforceable, ordered its release, and entered the Injunction against Partain. In relevant part, the Permanent Injunction states as follows:

- Johnny Ray Partain is hereby enjoined from enforcing or attempting to enforce his alleged security interest claimed in Financing Statement Filing No. 23-0043292984, and is enjoined from taking actions to interfere with property belonging to the State of Texas or the Texas Permanent School Fund, including but not limited to, mineral or property interests belonging to the State of Texas or the Texas Permanent School Fund in furtherance of enforcing said alleged security interest.

*Exhibit A* p. 3.

6. Partain appealed the ruling but did not request a stay of the Permanent Injunction. *See generally* Partain Notice of Appeal.

## II. STATEMENT OF FACTS

7. On or about May 5, 2025, the State reviewed Partain's Ebay and Facebook pages and discovered Partain had listed State property for sale on his Facebook and Ebay pages.

8. On March 5, 2025, Partain listed 9.17 acres of State land for sale on Facebook.



*Exhibit B* p. 2, attached hereto and incorporated by reference.

9. Partain listed the same State land for sale on Ebay.



*Exhibit C* p. 2, attached hereto and incorporated by reference.

10. Partain falsely claimed he is the owner of the land, there are no liens, and title is clear.



*Exhibit C* p.2.

11. The land Partain listed for sale is not owned by Partain. The land is owned by the State by and through the Texas Parks and Wildlife Division. Partain has no right to or interest in the land. *See Exhibit A.*

### III.  VIOLATIONS OF THE PERMANENT INJUNCTION

12. The State repeats and re-alleges the facts stated above.

13. Partain violated the Permanent Injunction by attempting to sell State land on Ebay and Facebook.

14. The posts on Ebay and Facebook are clear violations of the Permanent Injunction's prohibition on interference with State property.

15. As such, attempting to sell State property on Ebay and Facebook is a violation of the Permanent Injunction causing Partain to be in contempt of court.

### IV.  CONTEMPT AUTHORITY

16. Texas Government Code 21.002(b) authorizes courts to punish contempt by levying a fine of not more than $500.00 for each act of contempt. TEX. GOV'T CODE ANN. 21.002(b). Section 21.002(b) also authorizes courts to punish contempt by confinement in the county jail for not more than six months or both such a fine and confinement in jail. *Id.* The purpose of civil contempt is to persuade the contemnor to obey the Court's order. *See Ex parte Werblud*, 536 S.W.2d 542, 545 (Tex. 1976).

17. Because Partain violated the Permanent Injunction issued by the Court, the State respectfully requests that this Court find Partain in contempt of court. The State requests Partain be fined $500.00 for each contemptuous violation of the Permanent Injunction.

### V.  PRAYER

Plaintiff State of Texas respectfully requests Defendant Johnny Ray Partain be cited to appear herein in accordance with Rule 692 of the Texas Rules of Civil Procedure to show cause for why he should not be held in contempt of court for disobeying the Permanent Injunction issued by this Court on December 19, 2024.

Plaintiff State of Texas also respectfully requests that upon hearing, this Court will find Defendant Johnny Ray Partain in contempt of court and will punish Defendant Johnny Ray Partain accordingly by fining him $500 for each act of contempt found by the Court.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

*/s/ Ali Thorburn*
ALI THORBURN
Texas Bar No. 24125064
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4392 | FAX: (512) 320-0667
ali.thorburn@oag.texas.gov

**CERTIFICATE OF CONFERENCE**

I hereby certify that on May 23, 2025, prior to filing the above Motion, I attempted to confer with Mr. Partain regarding his attempted sale of State property and compliance with this Court's injunction. Mr. Partain was given until May 27, 2025, at 9:00 a.m. to confirm that he removed all such postings. The State is unable to confirm the status of the postings and Mr. Partain failed to confirm that he has removed the postings as requested.

*/s/ Ali Thorburn*
**ALI THORBURN**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that a copy of the above Motion for Contempt and Show Cause Order was served on the 27th day of May 2025, upon the following individuals by email, Certified Mail, Return Receipt Requested and via regular mail:

Johnny Partain                     *Plaintiff Pro Se*
7020 N. 16th Street
McAllen, Texas 78504

CM/RRR#: 9589 0710 5270 0480 2517 08

*/s/ Ali Thorburn*
**ALI THORBURN**
Assistant Attorney General

## VERIFICATION

STATE OF TEXAS          §

TRAVIS COUNTY           §


BEFORE ME, the undersigned notary, on this day personally appeared Michael Ritter,

Survey Manager, whose identity is known to me. After I administered the oath, Michae Ritter

testified that he had read the allegations in the foregoing Plaintiff State of Texas's Motion for

Contempt and Show Cause Order and the facts therein are true and correct.

SUBSCRIBED AND SWORN to before me this 22nd day of May 2025.

DEE HALLIBURTON
ID #5483595
My Commission Expires
January 31, 2028
NOTARY PUBLIC
STATE OF TEXAS

Notary Public

State of Texas

**EXHIBIT A**

**CAUSE NO. D-1-GN-24-002560**

| | | |
|---|---|---|
| **State of Texas** | § | **In the District Court** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Travis County, Texas** |
| | § | |
| **Johnny Ray Partain** | § | |
| *Defendant.* | § | **126th Judicial District** |

## ORDER GRANTING PERMANENT INJUNCTION AND OTHER RELIEF

Before the Court was Plaintiff State of Texas's ("the State") Application for Permanent Injunction and Defendant Johnny Ray Partain's Plea to the Jurisdiction and Motion to Dismiss. Notice of a hearing in this case was provided to all parties and this case was heard on the 17th of December, 2024. The parties appeared and agreed to proceed with a permanent injunction trial on the merits. After considering the pleadings and attached evidence on file, the evidence admitted into the record and adduced at the hearing, the arguments of counsel and parties, and applicable authorities, the Court finds the State's Application for Permanent Injunction meritorious and hereby **GRANTS** the State's Application for Permanent Injunction against Johnny Ray Partain.

The Court finds the State is entitled to a permanent injunction against Johnny Ray Partain. Johnny Ray Partain violated Texas Business and Commerce Code section 9.5185 by knowingly filing a groundless financing statement, ("Financing Statement Filing No. 23-0043292984"), containing a material false statement with the Texas Secretary of State on October 6, 2023. Johnny Ray Partain's attempts to collect or otherwise transfer the property covered in Financing Statement Filing No. 23-0043292984 cause the State imminent, irreparable harm for which there is no other adequate remedy at law.

Financing Statement Filing No. 23-0043292984 is groundless and contains a material false statement because Financing Statement Filing No. 23-0043292984 is not predicated on a security agreement and Johnny Ray Partain has no security interest in the collateral listed in Financing Statement Filing No. 23-0043292984 which is identified as follows:

4. COLLATERAL: This financing statement covers the following collateral:
Collateral includes all assets, interests, and taxes, prospective and real, belonging to Texas, The Texas Treasury Safekeeping Trust Company, Hidalgo County, and City of McAllen, which may be comingled with Johnny Ray Partain's assets and interests, the sum certain total including $250,000,000, plus 10% compounded interest per year accruing on the $250,000,000 since January 4, 2021, plus all costs to collect the accruing total, payable to Johnny Ray Partain, upon debtor's failure to fulfill their obligations. Payment and record is authorized and required by the Debtor's herein pursuant to Tex. Const. Art. 1, Sec. 17, and protected without exception under Sec. 29.

The Court finds Johnny Ray Partain has attempted to enforce Financing Statement Filing No. 23-0043292984 and attempted to collect or otherwise transfer the property covered in Financing Statement Filing No. 23-0043292984. Such attempts have caused and will continue to cause the State irreparable harm for which there is no adequate remedy besides a writ of injunction.

Accordingly, it is **ORDERED** that the State's Application for Permanent Injunction is **GRANTED**.

The Court **DECLARES** Financing Statement Filing No. 23-0043292984 fraudulent, void, and unenforceable and that the State of Texas does not owe the debt alleged in Financing Statement Filing No. 23-0043292984.

The Court **ORDERS** the release of the fraudulent Financing Statement Filing No. 23-0043292984 as provided by Section 9.5185(d) of the Texas Business and Commercial Code. The Secretary of State of Texas shall file the attached UCC Financing Statement Amendment terminating Financing Statement Filing No. 23-0043292984.

The Court further **ORDERS** that:

- Johnny Ray Partain is hereby enjoined from enforcing or attempting to enforce his alleged security interest claimed in Financing Statement Filing No. 23-0043292984, and is enjoined from taking actions to interfere with property belonging to the State of Texas or the Texas Permanent School Fund, including but not limited to, mineral or property interests belonging to the State of Texas or the Texas Permanent School Fund in furtherance of enforcing said alleged security interest.

- Johnny Ray Partain is enjoined from filing additional fraudulent financing statements claiming a secured interest in the collateral covered in Financing Statement Filing No. 23-0043292984, or any property belonging to the State of Texas, absent a valid security agreement or judgment lien.

It is further **ORDERED** that Johnny Ray Partain's Plea to the Jurisdiction and Motion to Dismiss is **DENIED**.

This Order disposes of all issues in the case and is an appealable final order.

Signed this ___19TH___ day of ___December___, 2024.

_____F. Scott McCown_____
PRESIDING JUDGE

# Exhibit A

## UCC FINANCING STATEMENT **AMENDMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Ali Thorburn

B. E-MAIL CONTACT AT SUBMITTER (optional)
ali.thorburn@oag.texas.gov

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐ State of Texas c/o General Litigation Division
P.O. Box 12548
Austin, TX 78711-2548 ⌐ ⊞

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
Filing No. 23-0043292984

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

3. ☐ ASSIGNMENT: Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:                    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☑ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☑ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Partain | Johnny | Ray | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. COLLATERAL CHANGE: Check only one box: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral

Indicate collateral: *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Partain | Johnny | Ray | |

10. OPTIONAL FILER REFERENCE DATA:
Pursuant to Court order in Travis County Case No. D-1-GN-24-002560

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)

**EXHIBIT B**



| | |
|---|---|
| Document title: | Johnny Partain \| Facebook |
| Capture URL: | https://www.facebook.com/61551707768623/posts/122187448016056925/?mibextid=wwXlfr&rdid=kcKfgcp0aA1iiEXm |
| Page loaded at (UTC): | Thu, 08 May 2025 12:34:38 GMT |
| Capture timestamp (UTC): | Thu, 08 May 2025 12:35:06 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 8CWh8gwwAZmp9M5gzV2cu5 |
| Display Name: | adrian.skinner |

PDF REFERENCE #:      x57Y9iCfhGa1HqW9khhNsE

Email or phone | Password | Log In | Forgot Account?

## Johnny Partain's Post

**Johnny Partain**
March 5 · eBay Social Share Widget · 🌐



EBAY.COM
**9.17 AC For Sale at SpaceX in Boca Chica Village | eBay**
Find many great new & used options and get the best deals for 9.17 AC For Sale at S...

👍 Like          💬 Comment          ↗ Share

Document title: Johnny Partain | Facebook
Capture URL: https://www.facebook.com/61551707768623/posts/122187448016056925/?mibextid=wwXlfr&amp;rdid=kcKfgcp0aA1iiEXm
Capture timestamp (UTC): Thu, 08 May 2025 12:35:06 GMT

Email or phone | Password | Log In | Forgot Account?

## Johnny Partain's Post

**Johnny Partain**
March 5 · eBay Social Share Widget · 🌐



Imagery ©2025 Airbus, Imagery ©2025 Airbus, Maxar Technologies, Map data ©2025    200 ft

EBAY.COM
**9.17 AC For Sale at SpaceX in Boca Chica Village | eBay**
Find many great new & used options and get the best deals for 9.17 AC For Sale at S...

👍 Like          💬 Comment          ↪ Share

**EXHIBIT C**



| | |
|---|---|
| Document title: | 8.95 AC For Sale at SpaceX in Boca Chica Village \| eBay |
| Capture URL: | https://www.ebay.com/itm/167340500871?<br>msockid=360d5f7da3406a1d197d4beea2e16b6f#mainContent |
| Page loaded at (UTC): | Wed, 07 May 2025 22:34:29 GMT |
| Capture timestamp (UTC): | Wed, 07 May 2025 22:35:08 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | jCwaT8AApn8ecke6Qosayd |
| Display Name: | adrian.skinner |

PDF REFERENCE #: oYZgLBesqhU5pxFfADN7fN



ebay    Shop by category ⌄    🔍 Search for anything                          All Categories ⌄            Search    Advanced

**This listing ended on Thu, Mar 27 at 2:28 PM.**



Imagery ©2025 Airbus, Imagery ©2025 Airbus, Maxar Technologies, Map data ©

ENDED

Have one to sell?  **Sell now**                              **Share**

M    **maverica** (341)
100% positive · Seller's other items · Contact seller    ›

### 8.95 AC For Sale at SpaceX in Boca Chica Village

## US $8,700,000.00

This is a **classified ad** listing. There is no bidding on this item, so contact the seller for more information. Seller feedback scores exclude classified listings.

Contact the seller:    **Email the seller**

Condition:  --
*"Five lots (8.95AC) of undeveloped land at SpaceX"*

Located in:    Brownsville, Texas, United States

Coverage:    Read item description or contact seller for details. See all details
(Not eligible for eBay purchase protection programs)

---

**About this Item**                                               Report this item

Seller assumes all responsibility for this listing.                    eBay item number: **167340500871**

Last updated on Mar 27, 2025 08:26:46 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Seller Notes | "Five lots (8.95AC) of undeveloped land at SpaceX" | Acreage | 9.17 |
| Seller State of Residence | Texas | Type | Recreational, Acreage |
| Property Address | 25.994304, -97.180228 | Zip/Postal Code | 78521 |
| City | Brownsville | State/Province | Texas |

See Map
Portions of this page and links may be provided by third party content providers such as MapQuest.com, and they are solely responsible for such content.

## Item description from the seller

Approximately 8.95 Acres of undeveloped land located on the north side of Boca Chica Village at SpaceX in Brownsville, Texas for sale by owner.  It is the north side of Boca Chica Village.  There are no liens and deed is clear.  It has spectacular views of South Bay, South Padre Island, and the SpaceX launchpad. There are three abandoned concrete pads and a water tank.  The land consists of 5 lots as shown in the picture (originally 6 lots, 1 smaller lot on the east side is no longer available).  Will sell with a Warranty Deed.  May also consider leasing or other options.

?

Last updated on Mar 27, 2025 08:26:46 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Seller Notes | "Five lots (8.95AC) of undeveloped land at SpaceX" | Acreage | 9.17 |
| Seller State of Residence | Texas | Type | Recreational, Acreage |
| Property Address | 25.994304, -97.180228 | Zip/Postal Code | 78521 |
| City | Brownsville | State/Province | Texas |

See Map

Portions of this page and links may be provided by third party content providers such as MapQuest.com, and they are solely responsible for such content.

## Item description from the seller

Approximately 8.95 Acres of undeveloped land located on the north side of Boca Chica Village at SpaceX in Brownsville, Texas for sale by owner. It is the north side of Boca Chica Village. There are no liens and deed is clear. It has spectacular views of South Bay, South Padre Island, and the SpaceX launchpad. There are three abandoned concrete pads and a water tank. The land consists of 5 lots as shown in the picture (originally 6 lots, 1 smaller lot on the east side is no longer available). Will sell with a Warranty Deed. May also consider leasing or other options.

## About this seller

**M**

**maverica**

100% positive feedback

Joined Dec 2001

**Seller's other items**

Contact

## Seller Feedback

No feedback yet

---

Back to home page                                                Return to top

Real Estate  >  Land

More to explore :   Timeshares for Sale,  Attraction Timeshares for Sale,  California Timeshares for Sale,  Colorado Timeshares for Sale,  Lakefront Timeshares for Sale,  2 Bedrooms Timeshares for Sale,  Residential Real Estate for Sale by Owner,  Florida Attraction Timeshares for Sale,  Residential Existing Homes for Sale by Owner,  2 Bathroom & Bedroom Timeshares for Sale

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995–2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice



**EXHIBIT D**

Jane Nelson
Secretary of State

## Office of the Secretary of State

**Texas UNIFORM COMMERCIAL CODE Certified Copy Acknowledgment**

March 14, 2024
Page 1 of 1

Document Number: 1343183230003

Images printed on March 14, 2024

The Texas Secretary of State's Office has received and processed your request.

| Filing Number | Filing Type | Page Count |
|---|---|---|
| 23-0043292984 | Financing Statement | 3 |
| | **Total Pages:** | **3** |

The Secretary of State certifies that the copy(s) being provided here is are true and exact replica of the document filed with this office. The Secretary of State does not certify the legal sufficiency of the substance of the certified copies provided, and disclaims any and all claims or liability arising from, or as a result of the substantiative information provided in the attached copy(s).



Mar 11, 2024
Date of Certification

Jane Nelson
Secretary of State

**EXHIBIT 1**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
Partain Johnny 956-240-1821

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Partain Johnny
7020 N 16th Street
Mcallen, TX 78504-3132
USA

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 23-0043292984
**FILING DATE:** 10/06/2023    10:56 AM
**DOCUMENT NUMBER:** 1292224560002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME** **Texas** | | | |
| | **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **Secretary of State, P.O. Box 12079** | **Austin** | **TX** | **78711** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** **Hidalgo County** | | | |
| | **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **100 E. Cano, Second Floor** | **Edinburg** | **TX** | **78539** | **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME** | | | |
| | **3b. INDIVIDUAL'S SURNAME** **Partain** | FIRST PERSONAL NAME **Johnny** | ADDITIONAL NAME(S)/INITIAL(S) **Ray** | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **7020 N 16th Street** | **McAllen** | **TX** | **78504** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
Collateral includes all assets, interests, and taxes, prospective and real,
belonging to Texas, The Texas Treasury Safekeeping Trust Company, Hidalgo
County, and City of McAllen, which may be comingled with Johnny Ray Partain's
assets and interests, the sum certain total including $250,000,000, plus 10%
compounded interest per year accruing on the $250,000,000 since January 4, 2021,
plus all costs to collect the accruing total, payable to Johnny Ray Partain,
upon debtor's failure to fulfill their obligations. Payment and record is
authorized and required by the Debtor's herein pursuant to Tex. Const. Art. 1,
Sec. 17, and protected without exception under Sec. 29.

This financing statement is to be filed in the Real Estate Records, to include
all real estate and as-extracted collateral held by and for the benefit of the
Debtors.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

page 2

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | 9a. ORGANIZATION'S NAME **Texas** | |
|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME **City of McAllen** |
|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) — SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1300 Houston Avenue** | **McAllen** | **TX** | **78501** | **USA** |

11. ☐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

page 3

UCC FINANCING STATEMENT **ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | | |
|---|---|---|
| OR | 9a. ORGANIZATION'S NAME **Texas** | |
| | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. ADDITIONAL DEBTOR'S NAME: Provide only <u>one</u> Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 10a. ORGANIZATION'S NAME **The Texas Treasury Safekeeping Trust Company** | | | |
|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **208 E 10th Street** | **Austin** | **TX** | **78701** | **USA** |

**FILING OFFICE COPY**

004

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariana Ines on behalf of Ali Thorburn
Bar No. 24125064
ariana.ines@oag.texas.gov
Envelope ID: 101287405
Filing Code Description: Motion for Contempt
Filing Description: PLAINTIFF STATE OF TEXASS MOTION FOR CONTEMPT AND SHOW CAUSE ORDER
Status as of 5/27/2025 3:26 PM CST

Associated Case Party: JOHNNY PARTAIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Johnny Partain | | partain@atlastechnologies.biz | 5/27/2025 3:02:08 PM | SENT |

Associated Case Party: STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 5/27/2025 3:02:08 PM | SENT |
| Zachary Rhines | | Zachary.Rhines@oag.texas.gov | 5/27/2025 3:02:08 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ariana Ines | | ariana.ines@oag.texas.gov | 5/27/2025 3:02:08 PM | SENT |

EXHIBIT 2

6/9/2025 2:11 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-002560
Susan Poodiack

CAUSE NO. D-1-GN-24-002560

| | | |
|---|---|---|
| STATE OF TEXAS<br>Plaintiffs | §<br>§<br>§ | IN THE DISTRICT COURT |
| | § | 126ᵀᴴ JUDICIAL DISTRICT |
| v. | §<br>§ | |
| JOHNNY PARTAIN<br>Defendant | §<br>§<br>§ | TRAVIS COUNTY, TEXAS |

## DEFENDANT'S RESPONSE TO TEXAS' MOTION FOR CONTEMPT

COMES NOW Defendant, Johnny Partain, responding to Plaintiff's motion for contempt and brings his *Defendant's Response To Texas' Motion For Contempt,* and shows onto the Court as follows.

Texas represents that the 353ʳᵈ District Court of Travis County enjoined Partain through a permanent injunction. It has even made this claim to the 15ᵗʰ Court of Appeals, case no. 15-25-00005-CV, to excuse misrepresentations by the Court Reporter that no Reporter's Record existed while Partain was briefing the 15ᵗʰ COA; until Texas revealed after the deadlines had run on Partain and on the 15ᵗʰ Court of Appeal's authority that the Clerk's Record was merely lost in another court. But there are no official records anywhere that supports Texas' jurisdictional house of cards as it pursues contempt through TRCP 692 against Partain in the 126ᵗʰ or 353ʳᵈ District Court. It is unclear which district court Texas is requesting an action. Texas has no basis to complain about contempt in this 126ᵗʰ District Court pursuant to TRCP 692 if it continues to misrepresents that this is a 353ʳᵈ District Court case. In fact, Texas cites TRCP 692 but has fails to conform to TRCP 692 at all.

This district court has no jurisdiction over Texas' instant complaints for contempt of an injunction. Texas Government Code §21.001(a), a court only has authority to enforce its lawful orders. Authorities hold that in order to justify the court to find for contempt, three things are necessary: (1) Jurisdiction of the subject matter; (2) jurisdiction of the person; and (3) authority of the court to render the particular judgment. *Ex parte Britton, 127 Tex. 85, 92 S.W.2d 224*. When the validity of the court's order is at issue, then the authority goes to the appeals court who is currently reviewing the district court's lawfulness. *Schultz v. Fifth Judicial*

1

*District Court of Appeals, 810 S.W.2d at 740-41* states that, *"For appealable orders in the nature of an injunction, in which the validity of the order alleged to have been violated is itself in issue in the appeal, the appellate court alone is vested with jurisdiction to enforce the injunctive provisions by contempt. Ex parte Boniface, 650 S.W.2d 776, 777-78 (Tex.1983); Ex parte Werblud, 536 S.W.2d 542, 544 (Tex. 1976); Ex parte Duncan, 127 Tex. 507, 95 S.W.2d 675 (1936); Ex parte Travis, 123 Tex. 480, 73 S.W.2d 487, 489 (1934)."* Frankly, the appeals case itself could have been avoided had the district court given the lawfully required response to Partain's constitutional challenge to Texas' standing or the Court's jurisdiction to violate the constitution in the first place. Instead the Court was silent, reinforcing the validity of Partain's plea and sending the multiplying issues it created to the 15th Court of Appeals. Accordingly, this district court has no jurisdiction over Texas' instant complaints for contempt of an injunction.

Texas complains that Partain is selling property belonging to Texas for approximately $9 million, which could certainly be a serious felony crime in the first degree if true, but isn't. Proving this crime could be simple if true, but no, it can't even be prosecuted because the facts don't conform with the elements of a crime. Texas conceals, it hides the identify of the property, while it seeks to harass, to assault, Partain, in a court it has trouble identifying, in a court it already knows has no jurisdiction. Texas further fails to identify any contract or security interest it has in Partain's property. Texas has no interest in Partain's property, and Texas has gained no implied interest in Partain's property through a permanent injunction. It is improper to use a contempt hearing to gain or declare rights where they don't already exist.

Wherefore premises considered, Partain requests the Court to Deny *Plaintiff State Of Texas's Motion For Contempt And Show Cause Order* motion.


Respectfully submitted,


JOHNNY PARTAIN
7020 N. 16th Street
McAllen, Texas 78504
956-687-4966

2

# CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing document as been serviced by email on this June 9, 2025 to the following:


ALI THORBURN
Assistant Attorney General
General Litigation Division
Texas Bar No. 24125064
Ali.Thorburn@oag.texas.gov

_____
Johnny Partain
7020 N 16th Street
McAllen, Texas 78504
partain@atlastechnologies.biz
956-240-1821

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101786719
Filing Code Description: RESPONSE
Filing Description: DEFENDANT'S RESPONSE TO TEXAS' MOTION FOR CONTEMPT
Status as of 6/10/2025 9:00 AM CST

Associated Case Party: STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 6/9/2025 2:11:59 PM | SENT |
| Zachary Rhines | | Zachary.Rhines@oag.texas.gov | 6/9/2025 2:11:59 PM | SENT |

Associated Case Party: JOHNNY PARTAIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Johnny Partain | | partain@atlastechnologies.biz | 6/9/2025 2:11:59 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ariana Ines | | ariana.ines@oag.texas.gov | 6/9/2025 2:11:59 PM | SENT |

EXHIBIT 3

**CAUSE NO. D-1-GN-24-002560**

| | | |
|---|---|---|
| **State of Texas**<br>*Plaintiff*, | §<br>§<br>§ | **In the District Court** |
| **v.** | §<br>§ | **Travis County, Texas** |
| **Johnny Ray Partain**<br>*Defendant*. | §<br>§ | **126th Judicial District** |

---

## NOTICE OF IN-PERSON COURT PROCEEDING ON THE CENTRAL DOCKET

---

You are notified that the pending Motion for Contempt and Show Cause Order in this case has been set for hearing on July 1, 2025, at 9:00 a.m. on the Central Docket in the Travis County Civil District Court for 30 minutes. This hearing will take place **in person** at the Travis County Civil and Family Courts Facility (CFCF), located at 1700 Guadalupe Street in Austin. Since several cases may be scheduled at the same time, your case may be called later in the day [and possibly later in the week if it is on the long docket], and you must be available when your case is called.

Please note that this case is not specially assigned to a particular judge under the Travis County Local Rules, so the parties must check the docket setting prior to each proceeding, either online at https://www.traviscountytx.gov/courts/files/dockets/civil-district or in person at the CFCF in order to determine the courtroom assigned for the proceeding.

Assignments will be posted on Friday of the week before the proceeding. Questions about case assignments or locations for proceedings should be directed to the office of the Court Administrator for the Civil District Courts at 512-854-2484, not to a particular court.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

*/s/ Ali Thorburn*
ALI THORBURN
Texas Bar No. 24125064
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 231-9108 | FAX: (512) 320-0667
ali.thorburn@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of In-Person Court Proceeding on the Central Docket was served on the 18th day of June 2025 upon the following individual by email, and on the 20th day of June 2025 upon the following individual by Certified Mail, Return Receipt Requested and via regular mail:

Johnny Partain                    *Plaintiff Pro Se*
7020 N. 16th Street
McAllen, Texas 78504
partain@atlastechnologies.biz

CM/RRR#: 9589 0710 5270 0480 2517 46

*/s/ Ali Thorburn*
**ALI THORBURN**
Assistant Attorney General

EXHIBIT 4

## VERIFICATION

STATE OF TEXAS      ‡

                      ‡

COUNTY OF HIDALGO ‡

        BEFORE ME, the undersigned authority, personally appeared Johnny Partain, who after being duly sworn, on oath says that he/she is over twenty one (21) years of age, is of sound mind and fully competent to make and execute this affidavit. Johnny Partain did swear and state upon his oath that he had read the foregoing *Appellant's Emergency Motion To Dissolve The Injunction with attached Plaintiff State Of Texas's Motion For Contempt And Show Cause  Order, Defendant's Response To Texas' Motion For Contempt,* and *Order for Hearing,* and verified they are true and correct as represented.

Affiant _____

Johnny Partain

SUBSCRIBED AND SWORN to before me this 23rd day of June 2025.

SANDRA RICO-MARTINEZ
Notary Public, State of Texas
Comm. Expires 05-17-2028
Notary ID 134907154

_____
Notary Public of Texas